UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWN THOMAS PRICE,

    Plaintiff,

v.                                     CASE NO: 8:07-cv-860-T-23EAJ

SUPERIOR AUTO CENTERS, INC.,
and MICHAEL J. NOVAK,

    Defendants.
_____/

## **ORDER**

The parties' joint stipulation of dismissal with prejudice (Doc. 10) is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

ORDERED in Tampa, Florida, on August 13, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE